UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 06-23109-CIV-UNGARO/O'SULLIVAN

JED FRANKEL,
    Plaintiff,

v.

THE TOWN OF BAY HARBOR ISLANDS
and CHARLIE CANGIANELLI,
as its Chief Building Official,
    Defendants.
_____/

### ORDER

THIS MATTER comes before the Court on the Defendant's Motion to Compel Discovery of Plaintiff Jed Frankel (DE # 36, 9/14/07). Rule 7.1(C), Local Rules for the United States District Court for the Southern District of Florida provides, in pertinent part:

> Each party opposing a motion shall serve an opposing memorandum of law no later than ten days after service of the motion as computed in the Federal Rules of Civil Procedure. **Failure to do so may be deemed sufficient cause for granting the motion by default**. (Emphasis supplied).

Having received no response from the plaintiff, and a response having been due, it is

ORDERED AND ADJUDGED, that the Defendant's Motion to Compel Discovery of Plaintiff Jed Frankel (DE # 36, 9/14/07) is GRANTED. The plaintiff shall provide the outstanding discovery to the defendant on or before October 30, 2007.

DONE and ORDERED, in chambers, in Miami, Florida, this 16th day of October, 2007.

                                                      JOHN J. O'SULLIVAN
                                                      UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
United States District Judge Ungaro
All counsel of record